UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Cause No. 1:11-cr-0003-01 (SEB/KPF) |
| ROBBIE SCOTT VARESE, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Robbie Scott Varese's supervised release be modified instead of revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court as follows:

Mr. Varese's supervised release is modified as follows:

1. Mr. Varese shall reside at a community corrections center, preferably, the Volunteers of America, Indianapolis, Indiana, for a period of up to six months, at the discretion of the U. S. Parole and Probation Office.

2. Upon release from the Volunteers of America, Mr. Varese shall continue on supervised release, under the previously-ordered release conditions imposed at sentencing.

IT IS SO ORDERED.

Date: 04/10/2012

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William McCoskey,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

William Marsh,
The Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation
Attn: Jason Philips

U. S. Marshal